# IN THE SUPREME COURT OF THE STATE OF NEVADA

KATRINA FLORES,

Appellant,

vs.

JOSEPH VOGT,

Respondent.

No. 69555

**FILED**

JUL 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1]   NRAP 42(b).

It is so ORDERED.

Clerk of the Supreme Court
Elizabeth A. Brown

By: _____

cc:     Hon. Sandra L. Pomrenze, District Judge, Family Court Division
        Lansford W. Levitt, Settlement Judge
        Law Offices of F. Peter James, Esq.
        McDonald Carano LLP/Las Vegas
        Eighth District Court Clerk

---

[1]Given this dismissal, the district court is no longer required to respond to this court's April 17, 2018, order.

18-24969